HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
DAVID JOHN OSBORN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:18-MJ-0031 JDP |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING REVIEW HEARING AND EXTENDING TERM OF PROBATION** |
| DAVID JOHN OSBORN, | |
| Defendant. | Date: October 8, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Jeremy D. Peterson |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, David John Osborn, that the status conference scheduled for August 13, 2019, may be continued to October 8, 2019, at 10:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

The defendant is currently enrolled in the First Offender DUI class and should be completed by mid-September. Defense counsel asks to reschedule the case for October 8, 2019, when she is scheduled to be on duty in Yosemite, in order to assure continuity of counsel. By that date, Mr. Osborn should have completed all his terms of supervision. The Government concurs with this request. The parties agree that the Court should extend Mr. Osborn's probation until November 10, 2019.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: August 2, 2019       /s/ *Rachelle Barbour*_____
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for David Osborn


McGREGOR W, SCOTT
United States Attorney


Dated: August 2, 2019       /s/ *Rachelle Barbour for S. St. Vincent*
SUSAN ST. VINCENT
Legal Officer

**O R D E R**

For the reasons set forth above, the review hearing scheduled for August 13, 2019 is continued to October 8, 2019, at 10:00 a.m., and probation is extended to November 10, 2019.

IT IS SO ORDERED.

Dated: __August 5, 2019__  _____
UNITED STATES MAGISTRATE JUDGE