HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
linda_allison@fd.org

Attorney for Defendant
DAVID JOHN OSBORN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:18-MJ-0031 JDP |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING REVIEW HEARING AND EXTENDING TERM OF PROBATION** |
| DAVID JOHN OSBORN, | |
| Defendant. | Date: December 10, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Jeremy D. Peterson |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, David John Osborn, that the status conference scheduled for October 8, 2019, may be continued to December 10, 2019, at 10:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

| | |
|---|---|
| 1 | The defendant is currently enrolled in the First Offender DUI class and should be completed by mid-November. Defense counsel asks to reschedule the case for December 10, 2019, when she is scheduled to be on duty in Yosemite, in order to assure continuity of counsel. By that date, Mr. Osborn should have completed all his terms of supervision. The Government concurs with this request. The parties agree that the Court should extend Mr. Osborn's probation until December 10, 2019. |

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  October 3, 2019                    /s/  *Linda C. Allison*_____
                                                       LINDA C. ALLISON
                                                       Assistant Federal Defender
                                                       Attorney for David Osborn


McGREGOR W, SCOTT
United States Attorney

Dated:  October 3, 2019                    /s/ *Linda C. Allison for S. St. Vincent*
                                                       SUSAN ST. VINCENT
                                                       Legal Officer

ORDER

The review hearing scheduled for October 8, 2019, is continued to December 10, 2019, at 10:00 a.m., and probation is extended to December 10, 2019, for the reasons set forth above.

IT IS SO ORDERED.

Dated: October 7, 2019

_____
UNITED STATES MAGISTRATE JUDGE

-3-